1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HARRISON L. BURTON,

11          Plaintiff,                    No. 2:11-cv-3217 KJN P

12       vs.

13   McDONALD, Warden, et al.,

14          Defendants.               ORDER

15   _____/

16          Plaintiff, a state prisoner who is Muslim, is proceeding without counsel, and

17   consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).  Plaintiff

18   seeks relief pursuant to 42 U.S.C. § 1983, and 42 U.S.C. § 2000cc-1, the Religious Land Use and

19   Institutionalized Persons Act ("RLUIPA").  His claims arise from his alleged inability to practice

20   his religion at High Desert State Prison based on his allegations that he is denied access to

21   Jumu'ah services and Halal meals.  Plaintiff seeks solely injunctive relief.

22          Upon review, the court finds it appropriate to refer this action to the Prisoner

23   Settlement Program and set it for an early telephonic status/mediation conference before the

24   undersigned on June 5, 2012, at 9:00 a.m.  A separate order and writ of habeas corpus ad

25   testificandum will be issued herewith to secure plaintiff's telephonic attendance at the

26   conference.

1

1    Accordingly, IT IS HEREBY ORDERED as follows:

2         1.  This case is set for an early telephonic status/mediation conference on June 5,

3  2012, at 9:00 a.m., before the undersigned.

4         2.  Defendants' lead counsel and a person with full authority to negotiate and enter

5  into a binding settlement on defendants' behalf shall attend in person.[1] [2]

6         3.  Those in attendance must be prepared to discuss the claims, defenses, and

7  damages.  The failure of any counsel, party or authorized person subject to this order to appear

8  in person may result in the imposition of sanctions.  In addition, the conference will

9  not proceed and will be reset to another date.

10        4.  The parties may provide confidential settlement conference statements, if

11  appropriate, to the undersigned by U.S. mail or via email at kjnorders@cand.uscourts.gov, so that

12  they arrive no later than June 1, 2012.

13        5.  The Clerk of the Court is directed to serve a copy of this order on the

14  supervising Deputy Attorney General, William Kwong, Office of the California Attorney

15  ////

16  ////

17  ////

18

19        [1]  Defendants have not yet been served or made appearances in this action.  However, the
   Office of the Attorney General for the State of California has agreed to appear for the early
20  status/mediation conference and engage in early, pre-service settlement negotiations.

21        [2]  The term "full authority to settle" means that the individuals attending the mediation
   conference must be authorized to fully explore settlement options and to agree at that time to any
22  settlement terms acceptable to the parties.  G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.,
   871 F.2d 648, 653 (7th Cir. 1989), cited with approval by Official Airline Guides, Inc. v. Goss, 6
23  F. 3d 1385, 1396 (9th Cir. 1993).  The individual with full authority to settle must also have
   "unfettered discretion and authority" to change the settlement position of the party, if
24  appropriate.  Pittman v. Brinker Int'l., Inc., 216 F.R.D. 481, 485-86 (D. Ariz. 2003), amended on
   recon. in part, Pitman v. Brinker Int'l, Inc., No. CV02-1886PHX DGC, 2003 WL 23353478, at
25  *3 (D. Ariz. 2003).  The purpose behind requiring the attendance of a person with full settlement
   authority is that the parties' view of the case may be altered during the face to face conference.
26  Pitman, 216 F.R.D. at 486.

1   General, 455 Golden Gate Ave., Suite 11000, San Francisco, CA  94102; and the Litigation

2   Office at High Desert State Prison at fax number 530-251-5031.

3   DATED:  March 27, 2012

4

5   _____
    KENDALL J. NEWMAN

6   UNITED STATES MAGISTRATE JUDGE

7   burt3217.ene

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26