IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRISON L. BURTON,

    Plaintiff,               No. 2:11-cv-3217 KJN P

    vs.

McDONALD, Warden, et al.,

    Defendants.         ORDER

_____/

    Defendants request a continuance of the telephonic hearing presently set for June 5, 2012, at 9:00 a.m., before the undersigned. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants' May 22, 2012 motion for a continuance (dkt. no. 7) is granted; and

    2. The telephonic hearing set for June 5, 2012, is continued to Friday, July 27, 2012, at 9:00 a.m., before the undersigned. An amended writ of habeas corpus ad testificandum for plaintiff's attendance is issued herewith.

DATED: May 24, 2012

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

burt3217.eot

1