IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRISON L. BURTON,

    Plaintiff,                        No. 2:11-cv-3217 KJN P

    vs.

McDONALD, Warden, et al.,

    Defendants.               <u>ORDER</u>

                                           /

Defendants request a continuance of the telephonic hearing presently set for June 5, 2012, at 9:00 a.m., before the undersigned. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' May 22, 2012 motion for a continuance (dkt. no. 7) is granted; and

        2. The telephonic hearing set for June 5, 2012, is continued to Friday, July 27, 2012, at 9:00 a.m., before the undersigned. An amended writ of habeas corpus ad testificandum for plaintiff's attendance is issued herewith.

DATED: May 24, 2012

                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE

burt3217.eot