UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

HARRISON L. BURTON,

        Plaintiff,                    No. 2:11-cv-3217 KJN P

  vs.

McDONALD, Warden, et al.,        **AMENDED**

        Defendants.              **ORDER & WRIT OF HABEAS CORPUS**
                                          /           **AD TESTIFICANDUM**

      Harrison L. Burton, inmate #J-58007, a necessary and material witness in proceedings in this case, is confined in High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 3030, Susanville, CA 96127, in the custody of the Warden; in order to secure this inmate's telephonic attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by telephonic-conferencing at High Desert State Prison, on July 27, 2012, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden/or Sheriff High Desert State Prison:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court;

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  May 24, 2012

                                                  KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE

/burt3217.841a