IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRISON L. BURTON,

      Plaintiff,                             No. 2:11-cv-3217 KJN P

   vs.

MIKE McDONALD, et al.,

      Defendants.                  ORDER

_____/

        Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  On July 27, 2012, the undersigned held an early settlement conference.  Plaintiff appeared telephonically.  Grant Lien, Deputy Attorney General, made a special appearance on behalf of the Office of the Attorney General.  Michael Mueller, counsel for the California Department of Corrections and Rehabilitation ("CDCR"), made a special appearance on behalf of the CDCR.  After settlement discussions, the case settled with the terms stated on the record and dispositional documents to follow.  The court now orders that the dispositional documents be filed no later than September 10, 2012.  Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

////

1  Accordingly, IT IS HEREBY ORDERED that dispositional documents shall be
2  filed no later than September 10, 2012.
3  DATED:  July 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

burt3217.set